1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10

11   AT&T CAPITAL SERVICES, INC.,      )  Case No. 07-CV-1217-W (JMA)
                                       )
12                   Plaintiff,        )  **ORDER FINDING SUBPOENA TO BE**
                                       )  **DEFECTIVE AND UNENFORCEABLE**
13   v.                                )
                                       )
14   CONSULTANTS GROUP COMMERCIAL       )
     FUNDING CORPORATION d/b/a CG      )
15   COMMERCIAL FUNDING,               )
                                       )
16                   Defendant.        )
                                       )
17   _____  )

18       On July 13, 2007, the Court issued an Order to Show Cause

19   Why Subpoena Should Not Be Determined to be Defective and

20   Unenforceable, which ordered Plaintiff AT&T Capital Services,

21   Inc. ("Plaintiff") to show cause why the Court should not

22   determine a subpoena issued by counsel for Plaintiff to

23   California Bank & Trust to be defective on its face and

24   unenforceable for not being issued out of the proper district

25   court.  [Doc. No. 2.]  The Court did not receive a memorandum of

26   points and authorities from any of the parties in the case or

27   from Ultra Imaging Solutions, whose motion for protective order

28   initiated the instant action in this Court.

07cv1217

1        **IT IS HEREBY ORDERED**:

2        1.   The subpoena issued by Plaintiff out of the United

3   States District Court, Southern District of California to

4   California Bank & Trust, located in Los Angeles, California, is

5   **DEFECTIVE** and **UNENFORCEABLE**.   Based on the information before the

6   Court, the subpoena should have issued from the United States

7   District Court, Central District of California.

8        2.   The Clerk of Court shall close the court file.

9        **IT IS SO ORDERED**.

10  DATED:   August 3, 2007

11                                   _____
                                     Jan M. Adler
12                                   U.S. Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28