# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

AT&T Capital Services, Inc.

                **V.**

Consultants Group Commercial Funding Corporation
d/b/a CG Commercial Funding

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07-CV-1217 W (JMA)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the subpoena issued by Plaintiff out of the United States District Court, Southern District of California to California Bank & Trust, located in Los Angeles, California, is defective and unenforceable. Based on the information before the Court, the subpoena should have been issued from the United States District Court, Central District of California...

| August 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON August 6, 2007 |

07-CV-1217 W (JMA)